```
EHRLICH & CRAIG LLP
Miles Ehrlich - #237954
miles@ehrlich-craig.com
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)
```

Attorneys for Defendant Daniel Schatt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DANIEL SCHATT,<br><br>                    Defendant. | **CASE NO.: 3:24-cr-00243-WHA**<br><br>**NOTICE OF APPEARANCE OF COUNSEL BY BENJAMIN MERCER-GOLDEN FOR DEFENDANT DANIEL SCHATT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Benjamin Mercer-Golden of Ehrlich & Craig LLP hereby enters his appearance as counsel of record on behalf of defendant Daniel Schatt in the above-captioned matter, USA v. Schatt, Case No. 3:24-cr-00243-WHA. Mr. Mercer-Golden is admitted to practice in the State of California and before this Court. Mr. Schatt requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the addresses below:

```
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)
```

1  This notice does not waive any substantive or procedural defenses in this action.

2

3  Dated:   May 20, 2024                                   Respectfully submitted,

4                                                          EHRLICH & CRAIG LLP

5

6                                                          /s/ *Benjamin Mercer-Golden*
                                                           Benjamin Mercer-Golden
7                                                          Counsel for Daniel Schatt