David H. Angeli (admitted *pro hac vice*)
david@angelilaw.com
Amy Potter (admitted *pro hac vice*)
amy@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232

Miles Ehrlich (SBN 237954)
miles@ehrlich-craig.com
Benjamin Mercer-Golden (SBN 339525)
benjamin@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 548-3600

Attorneys for Defendant Daniel Schatt

Edward Swanson (SBN 159859)
ed@smllp.law
Carly Bittman (SBN 305513)
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94101
Telephone: (415) 477-3800

Attorneys for Defendant Joseph Podulka

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL SCHATT AND JOSEPH PODULKA, <br><br> Defendants. | **Case No.** CR-24-00243-WHA <br><br> **DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS INDICTMENT IN PART AND TO STRIKE OMISSIONS THEORY AS INSUFFICIENTLY PLEADED OR, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS** <br><br> Date:  December 17, 2024 <br> Time:  2 p.m. <br> Judge:  Hon. William Alsup <br> Courtroom: Courtroom 12, 19th Floor |

**DECLARATION OF DAVID ANGELI ISO MOTION TO DISMISS**
*United States v. Schatt*, No. CR 24-00243-WHA

I, David Angeli, declare as follows:

1. I am one of the attorneys representing defendant Daniel Schatt in this matter.

2. On October 30, 2024, I sent an email to Assistant United States Attorneys Adam Reeves and Barbara Valliere regarding this matter.  My email explained that, in advance of our November 12 deadline to file any motions under Rule 12(b), we wanted to clarify whether the government "intend[ed] to proceed (at least in part) on a pure omissions theory or whether the charges are premised solely on a misstatements/half-truths theory."  In the event that the government intended to proceed on an omissions theory, I asked the government to provide "the basis for the alleged duty to disclose[.]"

3. On November 4, 2024, Ms. Valliere responded that "the government intends to proceed on an omissions theory based on the relationship of trust established between the defendants and Cred customers stemming from, among other things, the language of the CredEarn Line of Credits Agreements.  *See, e.g.*, Indictment, ¶ 42; *see also United States v. Shields*, 844 F.3d 819 (9th Cir.  F.3d 2016)."  In that same response, Ms. Valliere clarified that the government also intends to proceed on the other theories alleged in the indictment, "including a theory that the defendants engaged in a pattern of making misleading statements and representations and of telling half-truths which included the concealment of material facts.  *See United States v. Laurienti,* 611 F.3d 530 (9th Cir. 2010); *United States v. Beecroft*, 608 F.2d 753 (9th Cir. 1979)."

4. Attached as Exhibit A is a true and correct copy of the email exchange referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on November 12, 2024, at Portland, Oregon.

 */s/ David Angeli*
David Angeli

**DECLARATION OF DAVID ANGELI ISO MOTION TO DISMISS**
*United States v. Schatt*, No. CR 24-00243-WHA

---

## RE: US v. Schatt (24-CR-243)

---

**Valliere, Barbara (USACAN)** <Barbara.Valliere@usdoj.gov>                    Mon, Nov 4, 2024 at 2:48 PM
To: David Angeli <david@angelilaw.com>
Cc: "OBrien, Patrick (USACAN)" <Patrick.OBrien@usdoj.gov>, Ed Swanson <ed@smllp.law>, Carly Bittman
<Carly@smllp.law>, Miles Ehrlich <miles@ehrlich-craig.com>, Benjy Mercer-Golden <benjamin@ehrlich-craig.com>, Amy
Potter <Amy@angelilaw.com>, "Reeves, Adam (USACAN)" <Adam.Reeves@usdoj.gov>

Good afternoon, Dave,


Regarding your question below, the government intends to proceed on an omissions theory based on the relationship of trust established between the defendants and Cred customers stemming from, among other things, the language of the CredEarn Line of Credits Agreements. *See, e.g.*, Indictment, ¶ 42; *see also United States v. Shields*, 844 F.3d 819 (9th Cir. F.3d 2016). To be clear, we intend to proceed on all theories alleged in the indictment, including a theory that the defendants engaged in a pattern of making misleading statements and representations and of telling half-truths which included the concealment of material facts. *See United States v. Laurienti,* 611 F.3d 530 (9th Cir. 2010); *United States v. Beecroft*, 608 F.2d 753 (9th Cir. 1979).


Thanks,

Barbara

---

**From:** David Angeli <david@angelilaw.com>
**Sent:** Friday, November 1, 2024 3:10 PM
**To:** Valliere, Barbara (USACAN) <BValliere@usa.doj.gov>
**Cc:** OBrien, Patrick (USACAN) <POBrien@usa.doj.gov>; Ed Swanson <ed@smllp.law>; Carly Bittman
<Carly@smllp.law>; Miles Ehrlich <miles@ehrlich-craig.com>; Benjy Mercer-Golden <benjamin@ehrlich-craig.com>; Amy
Potter <Amy@angelilaw.com>; Reeves, Adam (USACAN) <AReeves@usa.doj.gov>
**Subject:** [EXTERNAL] Re: US v. Schatt (24-CR-243)


Sounds good. Have a great weekend.


**David Angeli** | Attorney
**Angeli Law Group LLC**
121 SW Morrison Street, Suite 400 | Portland, OR 97204
**T** (503) 222-1552 | Bio | Web | Vcard

---

**From:** Valliere, Barbara (USACAN) <Barbara.Valliere@usdoj.gov>
**Sent:** Friday, November 1, 2024 3:09:19 PM
**To:** David Angeli <david@angelilaw.com>
**Cc:** OBrien, Patrick (USACAN) <Patrick.OBrien@usdoj.gov>; Ed Swanson <ed@smllp.law>; Carly Bittman
<Carly@smllp.law>; Miles Ehrlich <miles@ehrlich-craig.com>; Benjy Mercer-Golden <benjamin@ehrlich-craig.com>; Amy
Potter <Amy@angelilaw.com>; Reeves, Adam (USACAN) <Adam.Reeves@usdoj.gov>
**Subject:** RE: US v. Schatt (24-CR-243)


Good afternoon, Dave,

I just wanted to let you know that we are considering your question and should have a response for you no later than Monday.


Thanks,

Barbara


Barbara J. Valliere

Assistant United States Attorney

United States Attorney's Office

Northern District of California

415 436 7039

Barbara.valliere@usdoj.gov


---

**From:** David Angeli <david@angelilaw.com>
**Sent:** Wednesday, October 30, 2024 6:10 PM
**To:** Reeves, Adam (USACAN) <AReeves@usa.doj.gov>; Valliere, Barbara (USACAN) <BValliere@usa.doj.gov>
**Cc:** Ed Swanson <ed@smllp.law>; Carly Bittman <Carly@smllp.law>; Miles Ehrlich <miles@ehrlich-craig.com>; Benjy Mercer-Golden <benjamin@ehrlich-craig.com>; Amy Potter <Amy@angelilaw.com>
**Subject:** [EXTERNAL] US v. Schatt (24-CR-243)


Adam & Barbara,

As you know, we have a November 12 deadline to file our 12(b) motions. We have identified an issue that we thought we would raise with you in the hopes of avoiding a substantive motion and/or a motion for a bill of particulars. Page 26 of the Indictment alleges that Mr. Schatt and Mr. Podulka "failed to disclose material facts with a duty to disclose." Later parts of the Indictment also reference "omissions of material facts." We wanted to clarify whether you intend to proceed (at least in part) on a pure omissions theory or whether the charges are premised solely on a misstatements/half-truths theory. If you intend to proceed on an omissions theory (i.e., if you intend to argue that theory to the jury, ask for instructions on that theory, etc.), what is the basis for the alleged duty to disclose?

We'd of course be happy to discuss this on a call if that would be helpful.

Thanks very much.


**David Angeli** | Attorney

**Angeli Law Group LLC**

121 SW Morrison Street, Suite 400 | Portland, OR 97204

**T** (503) 222-1552 | Bio | Web | Vcard

---